This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO ex rel.**
**CITY OF LAS CRUCES, on behalf**
**of the LAS CRUCES POLICE**
**DEPARTMENT,**

Petitioner-Appellee,

**v.**                                                            **No. 34,230**

**JOHN BARELA: One (1) 1999**
**CHEVY TRUCK (Grey); VIN**
**1GCGK29U1XZ172442;**
**Licence Plate No.: 14460US (NM),**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**James T. Martin, District Judge**

Robert Cabello
Las Cruces, NM

for Appellee

Thomas L. Wright
Las Cruces, NM

for Appellant

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}    Summary affirmance was proposed for the reasons stated in the notice of proposed disposition.  No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}    Affirmed.

{3}    **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____
**LINDA M. VANZI, Judge**



_____
**M. MONICA ZAMORA, Judge**

2